■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESHAWN BAKER, Appellant. [953 NYS2d 179]—

Concur—Gonzalez, P.J., Saxe, DeGrasse, Freedman and Román, JJ.